In the Matter of the Accounting of JAMES J. BURNET et al., as Executors, etc.

(Argued June 19, 1888; decided June 26, 1888.)

MOTION to dismiss appeal from an order of the General Term of the Supreme Court in the first judicial department, made at the February Term, 1888, dismissing an appeal from an order of the surrogate of the county of New York, allowing the contestant to amend her objections to the account filed herein.

*Billings & Cardozo* for motion.

*Jacob Fromme* opposed.

Agree to grant motion.
All concur ; no opinion.
Appeal dismissed.